75945. PODSKOC v. THE STATE.
(372 SE2d 11)

BIRDSONG, Chief Judge.
This appeal is dismissed as improvidently granted.
*Appeal dismissed. Banke, P. J., and Beasley, J., concur.*

DECIDED JUNE 27, 1988.

*Joseph N. Anderson*, for appellant.
*William A. Foster III, District Attorney, Donald N. Wilson, Blanchette C. Holland, Assistant District Attorneys*, for appellee.